# United States District Court
# For The Western District of North Carolina
# Asheville Division

JACOB MICHAEL OLLIS,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:12-cv-347

TIM FRANKLIN, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/20/2012 Order.

                                            FRANK G. JOHNS, CLERK
                                            Signed: November 20, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court